FILED
5/12/17 4:14 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Case No. 11-24264-GLT |
| WILLIAM J. WILLIAMS and MELINDA L. WILLIAMS, | Chapter 13 |
| Debtors, | Related to Document No. 179 |

## ORDER VACATING ORDER TO SHOW CAUSE AND CANCELLING HEARING

On April 13, 2017, this Court issued an *Order to Show Cause* [Dkt. No. 179] against Specialized Loan Servicing, LLC for failure to comply with the *Text Order* Dated March 9, 2017 [Dkt. No. 177]. Specifically, Specialized Loan Servicing, LLC failed to provide a complete escrow payment and disbursement history. On May 10, 2017, Counsel for Specialized Loan Servicing, LLC filed a *Response* to the *Order to Show Cause* [Dkt. No. 187] providing a complete escrow payment and disbursement history.

**AND NOW**, this 12th day of May, 2017, based upon the foregoing, it is hereby **ORDERED, ADJUDGED, and DECREED** that the *Order to Show Cause* dated April 13, 2017 is **VACATED**. The hearing scheduled for May 17, 2017 is **CANCELLED**.

Dated: May 12, 2017

_____
GREGORY L. TADDONIO
UNITED STATES BANKRUPTCY JUDGE

Case Administrator to serve:
Debtors
Daniel White, Esq.
James Warmbrodt, Esq.

United States Bankruptcy Court
Western District of Pennsylvania

In re:
William J. Williams
Melinda L. Williams
    Debtors

Case No. 11-24264-GLT
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: aala     Page 1 of 1     Date Rcvd: May 12, 2017
                     Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 14, 2017.
db/jdb         +William J. Williams,   Melinda L. Williams,   108 East Pike Street,   Houston, PA 15342-1711

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 14, 2017                                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 12, 2017 at the address(es) listed below:
           Celine P. DerKrikorian    on behalf of Creditor    HSBC Mortgage Services, Inc. ecfmail@mwc-law.com
           Daniel R. White    on behalf of Plaintiff Melinda L. Williams dwhite@zeblaw.com, gianna@zeblaw.com;dwhite.zmw@gmail.com
           Daniel R. White    on behalf of Debtor William J. Williams dwhite@zeblaw.com, gianna@zeblaw.com;dwhite.zmw@gmail.com
           Daniel R. White    on behalf of Joint Debtor Melinda L. Williams dwhite@zeblaw.com, gianna@zeblaw.com;dwhite.zmw@gmail.com
           Daniel R. White    on behalf of Plaintiff William J. Williams dwhite@zeblaw.com, gianna@zeblaw.com;dwhite.zmw@gmail.com
           James McNally    on behalf of Creditor    Cadles of Grassy Meadows II, L.L.C. jmcnally@cohenseglias.com, elane@cohenseglias.com
           James Warmbrodt    on behalf of Creditor    FV-I, Inc. in trust for Morgan Stanley Mortgage Capital Holdings LLC bkgroup@kmllawgroup.com
           Marisa Myers Cohen    on behalf of Creditor    HSBC Mortgage Services, Inc. mcohen@mwc-law.com
           Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
           Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                TOTAL: 10